United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-51189
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BEVERLY JOHNSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:93-CR-134-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Beverly Johnson in his appeal from the order revoking Johnson's supervised release has filed a motion and a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Johnson has not filed a response to his counsel's motion.

This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. See

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Spencer v. Kemna</u>, 523 U.S. 1, 7 (1998).  The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole -- some 'collateral consequence' of the conviction -- must exist if the suit is to be maintained."  <u>Id.</u>

Johnson has served the sentence that was imposed upon the revocation of his supervised release.  The order revoking Johnson's supervised release imposed no further term of supervised release.  Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot. Counsel's motion to withdraw is denied as unnecessary.

MOTION DENIED; APPEAL DISMISSED.